# The Law Offices of Linda M. Tirelli PC

**1100 Summer Street, Third Floor • Stamford, CT 06905**
**Phone (203)653-2203• Fax (914)946-0870 • Email WestchesterLegal@aol.com**

-All correspondence and service MUST be addressed to the White Plains NY Office-

Linda M. Tirelli*                                                  White Plains, NY Office
                                                                   (By Appointment Only)
                                                                   One North Lexington Avenue
                                                                   11th Floor
* Admitted CT, USDCCT  and SDNY                                    White Plains, NY 10601
                                                                   (914)946-0860

December 7, 2010

Hon. Judge Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York NY 10004

**RE:  In re Tandala Mims Chapter 13 Case Number 10-14030**

Dear Hon. Judge Glenn:

I am writing to advise the court and all parties that erroneously I left the Chapter 7 Trustee's name and address of the certificate of service filed with Debtor's Objection to Motion for Relief From Stay as filed on or about December 2, 2010 which appears as Document #29 on the court's ECF system.

I have since called Mr. LaMonica to express my regret and have confirmed that he has in fact received all documents from ECF as filed.  I am herewith filing a new certificate of service as to the hard copies sent via US Mail to Mr. LaMonica's attention.

I apologize for any inconvenience to all parties.  As always, please feel free to contact me, should you have questions or require anything further.

                                                   Very truly yours,

                                                   / S / Linda M. Tirelli
                                                   Linda M. Tirelli
                                                   Of Counsel to David Brodman, Esq.
                                                   Attorney for the Debtor

cc:
Sal LaMonica, Esq.
David Brodman, Esq.
David Shaev, Esq.
Andrew Velez-Rivera, Esq.
Steven J Baum, PC ( Attorneys: Dennis Jose, Natalie Grigg and Eheret Van Horn)
Ms. Tandala Mims


National Association of Consumer Bankruptcy Attorneys

*The Law Offices of Linda M. Tirelli, designated as a Federal Debt Relief Agent by an Act of Congress and the President of the United States, proudly assists consumers seeking relief under the US Bankruptcy Code.  Attorney Linda Tirelli is a proud and active member of the NACBA, devoted to the assistance of consumer debtors.