Date of Presentment: March 21, 2012
Time of Presentment: 10:00a.m.

Linda M. Tirelli, Esq.
Law Offices of Linda M. Tirelli PC
One North Lexington Ave., 11th Floor
White Plains, NY 10601
Ph. (914)946-0860 / Fax (914)946-0870
Email: WestchesterLegal@aol.com

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION
-------------------------------------------------------X
IN THE MATTER OF:
TANDALA MIMS                                              CHAPTER 13
DEBTOR / MOVANT                                           CASE NO. 10-14030(MG)

                                                          AP NUMBER: 11-02786

                                                          NOTICE OF PRESENTMENT
-------------------------------------------------------X

**NOTICE OF PRESENTMENT OF PROPOSED STIPULATED ORDER APPROVING SETTLEMENT AND RELEASE AGREEMENT**

**PLEASE TAKE NOTICE** that the undersigned will present the annexed proposed STIPULATED ORDER pertaining to Movant's Adversary Proceeding pertaining to Proof Of Claim#6-1 to the Honorable Martin Glenn, United States Bankruptcy Judge at One Bowling Green, New York, New York for signature **March 21, 2012 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that unless written objections to the proposed Order with proof of service are filed with the Clerk of the Court, and courtesy copies delivered to the Bankruptcy Judge's Chambers, at least ONE (1) day before the date of presentment, there will not be a hearing and the Order may be signed on default.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing. <u>The moving and objecting parties are required to attend said hearing</u> and failure to attend in person or by counsel may result in relief being granted or denied on default.

Date of Presentment: March 21, 2012

Time of Presentment: 10:00a.m.

**<u>YOUR RIGHTS MAY BE AFFECTED.</u> YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested by the debtor(s) in their motion, or if you want the Court to consider your views on the motion, then on or before the **20th DAY OF March, 2012,** you or your attorney must do three (3) things:

    1.    **File with the court a written request for a hearing and a written response if you desire to file one at:**

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

    2.    **On or before the date stated above for written responses, you must also mail or fax a copy of your written request to:**

Linda M. Tirelli, Esq.
Law Offices of Linda M. Tirelli PC
One North Lexington Ave., 11th Floor
White Plains, NY 10601

and to:

Jeffrey Sapir, Esq.
Chapter 13 Trustee
399 Knollwood Road
Suite 102
White Plains, NY 10603

and to:

Greg Zipes, Esq.
U.S. Dept. of Justice / Office of the U.S. Trustee
33 White Hall Street - 21st Floor
New York, NY 10004

3.  **Attend the any hearing scheduled upon your request for date and time to be determined by the clerk of the court** at the United States Bankruptcy Court Southern District of New York, One Bowling Green, New York, New York 10004. If you do not request a hearing the Proposed

Date of Presentment: March 21, 2012
Time of Presentment: 10:00a.m.

Stipulated Order Approving Settlement and Release Agreement may be entered.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated this the 6th day of March, 2012.

/s/ Linda M. Tirelli_____
Linda M. Tirelli, Esq.,
Of Counsel to David Brodman, Esq.
Counsel for the Debtor
Law Offices of Linda M.Tirelli
One North Lexington Ave., 11th Floor
White Plains, NY 10601
PH (914)946-0860 / Fax(914)946-0870