

| Mailing Address | | Phone Number |
|---|---|---|
| P.O. Box 1291 | **STEVEN J. BAUM, P.C.** | 716-204-2400 |
| Buffalo, NY 14240-1291 | **ATTORNEYS AT LAW** | |
| | | Fax Number |
| Overnight Mail | | 716-204-4600 |
| 220 Northpointe Parkway | | Not for Service |
| Suite G | | Web Site |
| Amherst, NY 14228 | | WWW.MBAUM.COM |

March 12, 2012

CLERK, UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
One Bowling Green, 6th Floor
New York, NY 10004

Re:        TANDALA MIMS AKA TANDALA WILLIAMS
Case No.   10-14030-MG

Dear Sir or Madam:

     Please withdraw the Substitution of Attorney filed by Steven J. Baum, P.C. on behalf of WELLS FARGO BANK, N.A, which was entered on January 5, 2012 as document number 80 on the above referenced bankruptcy case.   The file is not being transferred to Shapiro, Dicaro & Barak, LLP.

                         Very truly yours,

                         STEVEN J. BAUM, P.C.

*Michelle C Marans*

                         By:    Michelle C. Marans, Esq.